# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIGHT DATA, LTD., <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., and INSTAGRAM, LLC, <br><br> Defendants. | C.A. No.: 23-cv-00073-GBW |

## NOTICE OF VOLUNTARY DISMISSAL

Bright Data, Ltd. hereby voluntarily dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 10, 2023

Respectfully submitted,

/s/ David E. Wilks
David E. Wilks (Del. Bar No. 2793)
D. Charles Vavala (Del. Bar No. 6098)
WILKS LAW LLC
4250 Lancaster Pike Suite 200
Wilmington, DE 19805
 (302) 225-0850
dwilks@wilks.law
cvavala@wilks.law

Colin R. Kass*
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004

(202) 416-6890
ckass@proskauer.com

David A. Munkittrick*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000
dmunkittrick@proskauer.com

*Attorneys for Bright Data, Ltd.*
*\*pro hac vice*